FILED
KC
DEC 3 0 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWIN WARE | ) | |
| *Plaintiff,* | ) ) ) | **05C 7295** |
| -vs- | ) ) | No. 05 CV ___ |
| | ) | *(jury demand)* |
| CITY OF CHICAGO AND | ) | JUDGE HIBBLER |
| FORMER CHICAGO POLICE OFFICER | ) | |
| COREY FLAGG, | ) ) | MAGISTRATE JUDGE MASON |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343 and by 28 U.S.C. §1367.

2. Plaintiff Edwin Ware is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation; plaintiff does not assert any federal claim against the City but seeks to impose liability on the Village pursuant to 745 ILCS 10/9-102 and under the doctrine of respondeat superior on plaintiffs' state law malicious prosecution claim.

4. Defendant Corey Flagg was, at the time of the wrongdoing complained of herein, a Chicago police officer.

5. On or about April 25, 2005, defendant Flagg arrested plaintiff, prepared a false police report, and caused plaintiff to be prosecuted for a criminal offense.

6. Defendant Flagg did not have a lawful basis on which to arrest plaintiff or to cause him to be prosecuted for a criminal offense

7. The above referred criminal charge was dismissed within one year preceding the filing of this action in a manner consistent with plaintiff's innocence.

8. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States and subjected to the Illinois tort of malicious prosecution.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of one hundred thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*